IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FIDEL LORENZO, Individually and as
Personal Representative of the ESTATE OF
RACHEL C. PAISANO, a Deceased Minor;
and BUFFY LORENZO ESPINOSA,**

      **Plaintiffs,**

v.                                No. 1:10-CV-00571 LAM/RHS

**TRAYNOR TRUCKING, INC. and
ALLAN W. NELSON,**

      **Defendants.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court pursuant to the stipulation of all parties to this matter, that this case should be dismissed with prejudice on the grounds that the parties have resolved and amicably settled all matters in dispute between them, and upon these grounds and being otherwise fully advised in the premises, **FINDS** that the stipulation is **well-taken** and should be adopted as the Order of this Court.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims and causes of action asserted in this case, or that could have been asserted in this case, are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED THAT** the parties shall bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**


APPROVED BY: *(Prior to modification by the Court)*

/s/
Paul T. Yarbrough
Phillip W. Cheves
Butt Thornton & Baehr PC
Attorneys for Defendants
P.O. Box 3170
Albuquerque, NM  87190-3170
Phone: (505) 884-0777
Fax: (505) 889-8870
E-Mail: ptyarbough@btblaw.com
        pwcheves@btblaw.com

/s/
Joseph A. Fried
Jennifer Leonhardt Ojeda, Esq.
Fried Rogers Goldberg LLC
Attorneys for Plaintiffs
3399 Peachtree Road NE, Ste. 325
Atlanta, GA  30326-2835
Phone: (404) 591-1800
Fax: (404) 591-1801
E-Mail: joe@frg-law.com
        jen@frg-law.com

/s/
Jonas Rane
Brusuelas & Rane LLC
Attorneys for Plaintiffs
1015 5th St. NW
Albuquerque, NM  87102-2140
Phone: (505) 247-9333
Fax: (505) 247-9292
E-Mail: jonas@fifthstreetlaw.com